```
Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
Telephone:   (415) 352-2700
Facsimile:   (415) 352-2701
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NOTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> SHADE CONSTRUCTION AND ENGINEERING, INC., a California corporation; and SCOTT MICHAEL SHADE, an individual, <br><br> Defendants. | Case No.: C06-06830 JL <br><br> **PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; PROPOSED ORDER** <br><br> Date:      February 7, 2007 <br> Time:     10:30 a.m. <br> Ctroom:  F, 15th Floor <br> Magistrate Judge James Larson |

/ / /

/ / /

/ / /

/ / /

-1-

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; PROPOSED ORDER

IMANAGE_SFO:6075175.1

1     Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

2     Defendants were served on December 14, 2006. Although Defendants have not filed and served an Answer in this case, Defendants have made significant progress in paying the delinquent employee fringe benefit contributions due and owing to Plaintiffs Trust Funds, which delinquent contributions are the subject of the is present action. Plaintiffs anticipate that within the next thirty (30) days, if all outstanding employee fringe benefit contributions are paid and Plaintiffs and Defendants are able to come to an agreement as to liquidated damages and interest, Plaintiffs will be able to dismiss this case.

    Based on the above, Plaintiffs respectfully request that this Court continue the Initial Case Management Conference for thirty days. At that time, Plaintiffs will either be able to dismiss this case or proceed against Defendants in default.

DATED: January 22, 2007

BULLIVANT HOUSER BAILEY PC

By _____Ronald L. Richman_____

Ronald L. Richman

Attorneys for Plaintiffs

-2-
PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; PROPOSED ORDER

IMANAGE_SFO:6075175.1

# CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for February 7, 2007 at 10:30 a.m. be continued to __March 7__, 2007 at 10:30 a.m., Courtroom F, 15th Floor.

DATED: January 24, 2007

By _____
HON. _____
UNITED STATES _____ JUDGE

*IT IS SO ORDERED*
*Judge James Larson*