Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
Telephone: (415) 352-2700
Facsimile: (415) 352-2701

Attorneys for Plaintiffs

FILED
FEB 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NOTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> SHADE CONSTRUCTION AND ENGINEERING, INC., a California corporation; and SCOTT MICHAEL SHADE, an individual, <br><br> Defendants. | Case No.: C06-06830 JL <br><br> **PLAINTIFFS' SUPPLEMENTAL STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; PROPOSED ORDER** <br><br> Date: March 7, 2007 <br> Time: 10:30 a.m. <br> Ctroom: F, 15th Floor <br> Magistrate Judge James Larson |

///
///
///
///

1  Plaintiffs offer this Supplemental Statement in Lieu of the Case Management
2  Conference Statement.
3  Defendants were served on December 14, 2006. Although Defendants have not filed and
4  served an Answer in this case, Defendants paid the principal balance of the delinquent employee
5  fringe benefit contributions due and owing to Plaintiffs Trust Funds, which delinquent
6  contributions are the subject of the present action. Plaintiffs and Defendants are still in the
7  process of negotiating an agreement as to liquidated damages and interest. No agreement has
8  been reached. If an agreement is not reached on or before March 12, 2007, Plaintiffs will
9  proceed in default absent a responsive pleading filed by Defendants.
10  Based on the above, Plaintiffs respectfully request that this Court continue the Initial
11  Case Management Conference for thirty days. At that time, Plaintiffs will either be able to
12  dismiss this case or proceed against Defendants in default.
13  DATED: February 27, 2007

BULLIVANT HOUSER BAILEY PC

By _____*signature*_____
Ronald L. Richman

Attorneys for Plaintiffs

6076786.1

-2-

PLAINTIFFS' SUPPLEMENTAL STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE
STATEMENT; PROPOSED ORDER

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for March 7, 2007 at 10:30 a.m. be continued to __APRIL 11__, 2007 at 10:30 a.m., Courtroom F, 15th Floor.

DATED: __2-28__, 2007

By _____
HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE