1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, CA 94108
   e-mail: ron.richman@bullivant.com
4  Telephone:   (415) 352-2700
   Facsimile:   (415) 352-2701
5

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | BOARD OF TRUSTEES OF THE LABORERS          Case No.: C06-06830 JL
   | HEALTH AND WELFARE TRUST FUND
12 | FOR NOTHERN CALIFORNIA; BOARD OF
   | TRUSTEES OF THE LABORERS                   **PLAINTIFFS' STATEMENT IN LIEU OF**
13 | VACATION-HOLIDAY TRUST FUND FOR            **CASE MANAGEMENT CONFERENCE;**
   | NORTHERN CALIFORNIA; BOARD OF              ~~PROPOSED~~ **ORDER**
14 | TRUSTEES OF THE LABORERS PENSION
   | TRUST FUND FOR NORTHERN
15 | CALIFORNIA; and BOARD OF TRUSTEES          Date:     April 11, 2007
   | OF THE LABORERS TRAINING AND               Time:     10:30 a.m.
16 | RETRAINING TRUST FUND FOR                  Ctroom:   F, 15th Floor
   | NORTHERN CALIFORNIA,                                 Magistrate Judge James Larson
17 |
18 |                  Plaintiffs,
19 |      v.
20 | SHADE CONSTRUCTION AND
   | ENGINEERING, INC., a California
21 | corporation; and SCOTT MICHAEL SHADE,
   | an individual,
22 |
   |                  Defendants.
23 |

24 / / /

25 / / /

26 / / /

27 / / /

28

6078522.1
                                           -1-
PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; PROPOSED
                                         ORDER

1  Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.
2  Defendants were served on December 14, 2006. Although Defendants did not file an
3  Answer, Defendants paid the principal balance of the delinquent employee fringe benefit
4  contributions due and owing to Plaintiffs Trust Funds, which delinquent contributions are the
5  subject of the present action. Plaintiffs thereafter attempted to negotiate an agreement as to
6  liquidated damages and interest due on the delinquent contributions. Despite continued efforts,
7  no agreement has been reached.
8  On April 3, 2007 Plaintiffs filed their Request for Entry of Default by Clerk. Plaintiffs
9  intend to proceed via default. Plaintiffs anticipate that the motion for default judgment will be
10 on file within 45 days.
11 Based on the above, Plaintiffs respectfully request that this Court continue the Case
12 Management Conference for forty-five days. At that time, Plaintiffs will have their motion for
13 default judgment on file and this Court will not need to proceed with a case management
14 conference.
15 DATED: April 3, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for April 11, 2007 at 10:30 a.m. be continued to __May 30__, 2007 at 10:30 a.m., Courtroom F, 15th Floor.

DATED: April 5, 2007

By _____
HON. J.
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge James Larson

6078522.1

-3-

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; PROPOSED ORDER