Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
Telephone: (415) 352-2700
Facsimile: (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NOTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>SHADE CONSTRUCTION AND ENGINEERING, INC., a California corporation; and SCOTT MICHAEL SHADE, an individual,<br><br>Defendants. | Case No.: C06-06830 JL<br><br>**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER**<br><br>Date: May 30, 2007<br>Time: 10:30 a.m.<br>Ctroom: F, 15th Floor<br>Magistrate Judge James Larson |

///
///
///
///

6080253.1

-1-
PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; PROPOSED ORDER

1  Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.
2  Defendants were served on December 14, 2006. Defendants failed to appear.
3  On April 3, 2007 the Clerk of Court entered the default of Defendants. Plaintiffs will
4  have their Motion for Default Judgment on file with this Court on or before May 30, 2007.
5  Based on the above, Plaintiffs respectfully request that this Court vacate the Case
6  Management Conference.
7  DATED: May 11, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs

6080253.1

-2-
PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; PROPOSED ORDER

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for May 30, 2007 at 10:30 a.m. be vacated and that Plaintiffs file their Motion for Default Judgment no later than May 30, 2007.

DATED: May 16, 2007

By 
HON.
UNITED STATES MAGISTRATE JUDGE