```
Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA  94108
e-mail: ron.richman@bullivant.com
Telephone:    (415) 352-2700
Facsimile:     (415) 352-2701
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NOTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>SHADE CONSTRUCTION AND ENGINEERING, INC., a California corporation; and SCOTT MICHAEL SHADE, an individual,<br><br>Defendants. | Case No.: C06-06830 JL<br><br>[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SCOTT MICHAEL SHADE |

After reviewing Plaintiffs Board of Trustees of the Laborers Health And Welfare Trust Fund for Northern California; Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California; Board of Trustees of the Laborers Pension Trust Fund for Northern California; and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California request that defendant Scott Michael Shade be dismissed without prejudice

-2-

1  from above-captioned matter.

2      IT IS SO ORDERED that defendant Scott Michael Shade is dismissed without prejudice.

3

4  DATED: _____August 7_____, 2007

5

6  _____
   ~~Hon. Edward M. Chen~~
7  ~~UNITED STATES MAGISTRATE JUDGE~~

8      Hon. James Larson
9      U.S. Chief Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6084064.1

[Proposed] Order Of Dismissal Without Prejudice Of Defendant Scott Michael Shade