UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
LABORERS HEALTH AND WELFARE
TRUST FUND FOR NORTHERN
CALIFORNIA, et al.,

        Plaintiffs,                No. C 06-6830 PJH

     v.                              **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

SHADE CONSTRUCTION AND
ENGINEERING,

        Defendant.
_____/

       The court has reviewed Magistrate Judge Edward M. Chen's Report and Recommendation Re: Plaintiff's Motion for Default Judgment. No objections pursuant to Fed. R. Civ. P. 72 were received. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect, with the exception of one harmless error found in the Report where it is incorrectly noted that payments were late 35 months, instead of 42 months, as set forth in plaintiffs' submissions. Accordingly, plaintiffs' motion for default judgment is GRANTED.

1 | Judgment shall be entered in plaintiffs' favor and against defendants in the amount
2 | of $41,531.05 in contributions reported and unpaid, $25,493.45 in contributions paid but
3 | paid late, $6,290.75 in attorney's fees and costs, and pre-and-post judgment interest as set
4 | forth in the Report and Recommendation.

**IT IS SO ORDERED.**

Dated: October 19, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J,
  counsel of record