UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
LABORERS HEALTH AND WELFARE
TRUST FUND FOR NORTHERN
CALIFORNIA, et al.,

      Plaintiffs,                 No. C 06-6830 PJH

      v.                       **JUDGMENT**

SHADE CONSTRUCTION AND
ENGINEERING

      Defendant.
_____/

      The court having granted plaintiffs' motion for default judgment,

      It is Ordered and Adjudged

      that plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund of

California, et al., recover from defendant Shade Construction and Engineering the sum of

$41,531.05 in contributions reported and unpaid, $25,493.45 in contributions paid but paid

late, $6,290.75 in attorney's fees and costs, and pre-and-post judgment interest as set

forth in the Report and Recommendation.

Dated: October 19, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J, counsel of record

1